## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**WALLACE BROTTEM, GLADYS ELDER, KARL HAMNER, ROBERT CHATTEL, JODY GOODALE as personal representative for the Estate of Robert Goodale, JOHN PROVENSANO as personal representative for the estate of Katherine Provensano, DEBRA JONES, PEGGY NOELL as personal representative for the Estate of Frank Noell,**

**-vs-**           Case No. 6:06-cv-306-Orl-31KRS

**CRESCENT RESOURCES LLC and RINEHART DEVELOPMENT & INVESTMENT GROUP, LLC,**

          **Defendants.**
_____

## ORDER

Upon consideration of the Plaintiffs' Motion for Stay and for Enlargement of Time (Doc. 25), it is

**ORDERED** that the Motion is GRANTED in part and DENIED in part. The Motion to Stay is DENIED. The Motion for Enlargement is GRANTED. Plaintiffs shall respond to Defendant's Motion (Doc. 17) by April 17, 2006.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 6, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE